James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Daimler Trust

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Raymond R. Cavallo,<br><br>        Debtor. | Chapter 7<br><br>No. 2:21-bk-01164-MCW |
| Daimler Trust,<br><br>        Movant,<br>vs.<br><br>Raymond R. Cavallo, Debtor, and Roger W. Brown, Trustee,<br><br>        Respondents. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><br>Re: 2019 Mercedes-Benz CLA250C |

Daimler Trust, a creditor herein, hereby moves that this court enter an Order granting it Relief from the Automatic Stay of 11 U.S.C. Section 362(a) to permit it to exercise its rights under an automobile lease agreement entered into with the Debtor. The bases of the Daimler Trust motion are set forth in the memorandum attached hereto.

DATED this 9th day of March, 2021.

                                        Ball, Santin & McLeran, PLC

                                      By/s/ James B. Ball #007339
                                        James B. Ball
                                        2999 N. 44th Street, Suite 500
                                        Phoenix, Arizona 85018
                                        Attorney for Daimler Trust

## MEMORANDUM

On February 17, 2021, Debtor commenced the above-captioned Chapter 7 case. Roger W. Brown is the trustee of the Debtor's bankruptcy estate.

Debtor is presently obligated to Daimler Trust in the amount of $40,367.21 (the "Debt") representing unpaid lease payments and the residual due value of the Leased Property. Daimler Trust has an ownership interest in the following described property:

2019 Mercedes-Benz CLA250C

VIN: WDDSJ4EB2KN752303 (the "Leased Property").

The Debt is evidenced by a Motor Vehicle Lease Agreement (the "Agreement"), executed by Debtor on June 15, 2019, a copy of which is attached hereto as Exhibit "A". Daimler Trust's ownership interest in the Leased Property is evidenced by the certificate of title attached as Exhibit "B".

The Agreement has been in default since December 15, 2020.

The Debtor has no ownership interest in the Leased Property. Accordingly, there is no equity in the property for the Debtor or the Debtor's estate. As such, Daimler Trust is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(2).

Daimler Trust requests that the court enter an order relieving it from the automatic stay of 11 U.S.C. Section 362(a) as to the Debtor and the bankruptcy estate, with respect to the Leased Property, and allowing Daimler Trust to exercise its rights under the agreement. A copy of the Order is attached as Exhibit "C".

Daimler Trust further requests that the court allow it to file an amended proof of claim for any deficiency balance within 30 days of disposition of the Leased Property or by the claims bar date, whichever is later.

DATED this 9th day of March 2021.

Ball, Santin & McLeran, PLC

By /s/ James B. Ball #007339
    James B. Ball
    2999 N. 44th Street, Suite 500
    Phoenix, Arizona 85018
    Attorney for Daimler Trust

Efiled the 9th day of March, 2021.
COPIES of the foregoing mailed
the 10th day of March 2021, to:

Raymond R. Cavallo
2707 West Via Bona Fortuna
Phoenix, Az 85086
Debtor

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064-2967
Trustee

    /s/ Erin O'Brien